# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

August 6, 2014

Lyle W. Cayce
Clerk

No. 13-40329
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RAY LEE RANSOM, JR., also known as Money,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:11-CR-111-1

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Ray Lee Ransom, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ransom has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Ransom's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-40329

collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014), *petition for cert. filed* (June 4, 2014) (No. 13-10484).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Ransom's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Ransom's request to proceed pro se is DENIED as untimely. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).